IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Carl Muhammad, aka Carlos Royster    :        CIVIL ACTION
                                     :
         v.                          :
                                     :
Mr. Freddie Harris, Parole Agent,    :
*et al.*                             :        NO. 08-5937

**O R D E R**

AND NOW, this 9th day of September 2009, IT IS hereby ORDERED:

That the Motion to Dismiss is GRANTED as to all federal claims without prejudice to the filing of a petition for a writ of *habeas corpus*, if appropriate. To the extent that the plaintiff's complaint asserts claims based upon state law, the Court declines to exercise supplemental jurisdiction over those claims and they are DISMISSED WITHOUT PREJUDICE. The Clerk is directed to mark the case-file CLOSED.

BY THE COURT:


/s/ John P. Fullam
Fullam,          Sr.J.